AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

OCT - 6 2015

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
| Antonio RAMIREZ, III<br>U.S. Citizen  YOB: 1990<br>See Attachment A | ) Case No. M-15-1720-M |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/5/2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Knowingly and intentionally possess with intent to distribute approximately 1.2 kilograms of methamphetamine, a schedule II controlled substance |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Ryan Browning, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-6-15

*Judge's signature*

U.S. Magistrate Judge
*Printed name and title*

City and state: McAllen, Texas

## Attachment "A"

The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

On October 5, 2015, the City of McAllen, Texas Police Department (MPD) was conducting a surveillance operation at a commercial shipping business in McAllen, Texas. During the surveillance an MPD narcotics investigator observed a male, later identified as Antonio RAMIREZ, III, deliver a package to the business. The investigator observed RAMIREZ carefully look at other vehicles in the parking lot as he exited the business. The MPD investigator and a Homeland Security Investigations Task Force Officer (HSI TFO) followed RAMIREZ to a local gas station and made contact with him as he exited the vehicle.

RAMIREZ immediately told the investigators that he had two boxes in the trunk of his vehicle which he suspected contained marijuana. RAMIREZ stated he recently dropped off boxes at two local shipping businesses which he also suspected contained marijuana. RAMIREZ provided investigators with the receipts for the boxes he dropped off, along with written consent to search the boxes. Investigators recovered the boxes from the shipping businesses. One of the boxes was found to contain approximately 1.2 kilograms of a white crystalline substance which field tested positive for the properties of methamphetamine. The additional boxes were found to contain approximately 10 kilograms of a green leafy substance which field tested positive for the properties of marijuana.

RAMIREZ was interviewed by an HSI Special Agent and an HSI TFO following the incident. RAMIREZ was read his Miranda rights from a preprinted form. RAMIREZ agreed to an interview without an attorney present and signed the preprinted form. During the interview RAMIREZ stated he suspected the boxes he was transporting and delivered contained marijuana. RAMIREZ said he expected to be paid $400 for successfully delivering the boxes.

The Assistant United States Attorney's Office in McAllen, Texas was briefed regarding the aforementioned facts and federal prosecution was accepted.